No. 10–8020. Spataro v. United States. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1176] denied.

No. 10–8444. Throckmorton v. United States. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1214] denied.

No. 10–8833. Gillard v. Northwestern University. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1284] denied.

No. 10–9209. Purvis v. Oest et al. C. A. 7th Cir.;

No. 10–9470. Barry v. Holder, Attorney General. C. A. 4th Cir.; and

No. 10–9617. Lukasiewicz-Kruk v. Greenpoint YMCA et al. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 23, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–1057. In re Armstrong. Petition for writ of mandamus denied.

No. 10–699. Zivotofsky, by His Parents and Guardians Zivotofsky et ux. v. Clinton, Secretary of State. C. A. D. C. Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether § 214 of the Foreign Relations Authorization Act, Fiscal Year 2003, impermissibly infringes the President's power to recognize foreign sovereigns."

No. 10–948. CompuCredit Corp. et al. v. Greenwood et al. C. A. 9th Cir. Certiorari granted.